# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CRAIG THOMAS CATO

NO. 2025 KW 0507

**AUGUST 22, 2025**

---

In Re:     Craig Thomas Cato, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           4708-F-2021.

---

**BEFORE:     THERIOT, WOLFE, AND BALFOUR, JJ.**

**WRIT DENIED.**

                              **MRT**
                              **EW**
                              **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT